IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO._____

RESTORATION MANAGEMENT 2013, INC.,
d/b/a SERVPRO OF SOUTH MIAMI AND
CUTLER BAY a/a/o DEL GATO TRUST
DATED MAY 1, 2010,

        Plaintiff,

vs.

AIG PROPERTY CASUALTY COMPANY
f/k/a CHARTIS PROPERTY CASUALTY
COMPANY,

        Defendant.              /
_____

## DEFENDANT'S NOTICE OF REMOVAL

      **PLEASE TAKE NOTICE** that the Defendant, AIG PROPERTY CASUALTY COMPANY

F/K/A CHARTIS PROPERTY CASUALTY COMPANY, (hereinafter "Defendant" or "AIG"), a

foreign corporation, by and through its undersigned counsel and pursuant to 28 U.S.C. § 1446,

hereby files this Notice of Removal in order to remove the above-captioned civil action from the

Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, to the United

States District Court for the Southern District of Florida. The above-captioned civil State Court

action is styled as *Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler*

*Bay a/a/o Del Gato Trust dated May 1, 2010 v. AIG Property Casualty Company f/k/a Chartis*

*Property Casualty Company*, Case No.: 15-000159 CA (hereinafter "State Court Action").  The

grounds for removal of the State Court Action to this Court are as follows:

1.      AIG is the Defendant in a civil action brought by Plaintiff, Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler Bay a/a/o Del Gato Trust dated May 1, 2010 (hereinafter "Plaintiff"), in the Circuit Court of the Fifteenth Judicial Circuit in and for Palm Beach County, Florida, which is located within the Palm Beach Division of the United States District Court for the Southern District of Florida.   Complete copies of the Plaintiff's Complaint for Damages and Jury Demand (hereinafter "Complaint"), Notice of Service of Process, and pleadings served upon AIG in the State Court Action are collectively attached to this Notice of Removal as composite Exhibit "A" pursuant to 28 U.S.C. §1446(a).   To date, no order(s) has been served upon AIG in the State Court Action.

2.      At all material times hereto, AIG was and is a foreign corporation, incorporated in Pennsylvania, doing business in the State of Florida, with its principal place of business in New York.

3.      At all material times hereto, the Plaintiff was a corporation organized and existing in Palm Beach County, Florida.  *See* Exhibit A, Complaint, ¶ 2.

4.      The current action is a suit between entities of different states in which the amount in controversy exceeds $75,000.00.   Accordingly, AIG is entitled to remove this action because this Honorable Court has original jurisdiction based on diversity of citizenship as provided by 28 U.S.C. § 1332.

5.      Venue is proper in this district and division under 28 U.S.C. §1441 because the Circuit Court is located within this district and division.

6.      The Plaintiff's aforementioned Complaint was filed in Florida State Court on or about January 8, 2015.  It was then served on AIG or about February 4, 2015; this is the date upon which

the Chief Financial Officer of the State of Florida forwarded a copy of the Complaint to AIG's designated agent, and the date upon which AIG's designated agent for service of process received same. *See* Complaint, Exhibit A.

7.      In the subject Complaint, the Plaintiff claims that it performed services at the insured property located at 750 South Ocean Boulevard, Manalapan, Florida 33462 (hereinafter "Insured Property") as the result of "a water loss" allegedly occurring on or about January 10, 2014, for which the Plaintiff maintains it is entitled to additional, allegedly assigned insurance proceeds under a policy of insurance issued by AIG to its Insureds, bearing Policy Number 0068004863, for the period of March 20, 2013, to March 20, 2014.   *See* Exhibit A, Complaint, ¶ ¶ 5, 6, 8, 9, 12 & "WHEREFORE."

8.      The allegations contained in the Plaintiffs' Complaint are vague and non-specific with respect to the total amount of their claim as they allege, in pertinent part:  "This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of all interest, costs and attorney's fees . . . ." *See* Exhibit A, Complaint, ¶ 1.

9.      Prior to commencing this action, the Plaintiff's submitted two invoices allegedly in relation to services it performed at the Insured Property with respect the subject loss.  Specifically, the Plaintiff's invoices collectively totaled $643,169.43 of which $237,131.69 was included on the invoice dated January 21, 2014, and the remaining $406,037.74 was included on the invoice dated March 7, 2014.  Copies of the Plaintiff's January 21, 2014, and March 7, 2014, invoices are collectively attached hereto and marked as composite Exhibit "B".

3

10.     The Plaintiff maintains that AIG breached the Policy between it and its Insureds by allegedly "refus[ing] to pay all amounts due and owing [to Plaintiff] under the Policy." *See* Exhibit A, Complaint, ¶ 19.

11.     Based on the payment made in relation to the Plaintiff's services, it appears the Plaintiff is claiming damages in the amount of $369,210.19.

12.     Thus, the allegations in the Plaintiff's Complaint together with the other papers supplied by the Plaintiff to AIG demonstrate that the amount in controversy in this case exceeds $75,000.00, exclusive of any alleged interest and costs as set forth above.

13.     As such, consistent with 28 U.S.C. §1446, this Notice of Removal is timely filed within thirty (30) days of AIG's receipt of the initial pleading and/or receipt of other papers from which it could first be ascertained that the case is one which is removable as the amount in controversy exceeds $75,000.00. *See* Exhibits A and B.

14.     A copy of this Notice of Removal is being filed contemporaneously with the Clerk of the Court for the Fifteenth Judicial Circuit in and for Palm Beach County, Florida.

**WHEREFORE,** Defendant, AIG PROPERTY CASUALTY COMPANY F/K/A CHARTIS CASUALTY COMPANY, respectfully requests that the civil action filed by Plaintiff, Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler Bay a/a/o Del Gato Trust dated May 1, 2010, in the Circuit Court for the Fifteenth Judicial Circuit, in and for Palm Beach County, Florida, be removed to this Court as provided by 28 U.S.C. §1441, *et. seq*, and that this Honorable Court accept jurisdiction of this action.

4

**WE HEREBY CERTIFY** that on the 24th day of February, 2015, we electronically filed the foregoing document with the Clerk of the Court using CM/ECF.  We also certify that the foregoing document is being served this day on all counsel of record or pro se parties identified on the attached Service List in the manner specified, either via transmission of Notices of Electronic Filing generated by CM/ECF or in some other authorized manner for those counsel or parties who are not authorized to receive electronically Notices of Electronic Filing.

BY:   /s/ Crystalin C. Medeiros
Steven C. Teebagy, Esquire
Florida Bar No.: 64823
steebagy@powersmcnalis.com
Crystalin C. Medeiros, Esquire
Florida Bar No.: 56342
cmedeiros@powersmcnalis.com
**POWERS MCNALIS TORRES TEEBAGY LUONGO**
P.O. Box 21289
West Palm Beach, FL 33416-1289
(561) 588-3000 Telephone
(561) 588-3705 Facsimile
Attorneys for Defendant

5

## **SERVICE LIST**

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF FLORIDA
PALM BEACH DIVISION

Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler Bay a/a/o Del

Gato Trust dated May 1, 2010 v. AIG Property Casualty Company f/k/a Chartis Property

Casualty Company

CASE NO.: _____

Matthew C. Kotzen, Esq.
Gabriel M. de las Salas, Esq.
The Rain Law Firm
1920 E. Hallandale Beach Blvd., Suite 704
Hallandale Beach, FL 33009
Telephone:      855-330-7246
Facsimile:      855-909-7246
Email:          mkotzen@therainlawfirm.com
                gsalas@therainlawfirm.com



**CORPORATION SERVICE COMPANY®**

# Notice of Service of Process

null / ALL
Transmittal Number: 13432870
Date Processed: 02/04/2015

Primary Contact:          Eric Manne - 18th Floor
                          AIG Property Casualty
                          175 Water Street
                          Floor 15th
                          New York, NY 10038

Copy of transmittal only provided to:   Robyn Wellbrock

| | |
|---|---|
| Entity: | AIG Property Casualty Company<br>Entity ID Number  0212479 |
| Entity Served: | AIG Property Casualty Company |
| Title of Action: | Restoration Management 2013, Inc., d/b/a Servpro of South Miami and Cutler Bay a/a/o Del Gato Trust Dated May 1, 2010 vs. AIG Property Casualty Company f/k/a Chartis Property Casualty Company |
| Document(s) Type: | Summons/Complaint |
| Nature of Action: | Contract |
| Court/Agency: | Palm Beach County Circuit Court, Florida |
| Case/Reference No: | 15-000159CA |
| Jurisdiction Served: | Florida |
| Date Served on CSC: | 02/04/2015 |
| Answer or Appearance Due: | 20 Days |
| Originally Served On: | FL Chief Financial Officer on 02/02/2015 |
| How Served: | Electronic SOP |
| Sender Information: | Matthew C. Kotzen<br>855-330-7246 |

Notes:     Document was served with lines going down both sides of the pages of the PDF as well as going across the
           pages.

Information contained on this transmittal form is for record keeping, notification and forwarding the attached document(s). It does not
constitute a legal opinion. The recipient is responsible for interpreting the documents and taking appropriate action.

**To avoid potential delay, please do not send your response to CSC**
*CSC is SAS70 Type II certified for its Litigation Management System.*
2711 Centerville Road   Wilmington, DE 19808   (888) 690-2882   |   sop@cscinfo.com





CHIEF FINANCIAL OFFICER
JEFF ATWATER
STATE OF FLORIDA



15-011854

RESTORATION MANAGEMENT 2013, INC.,
D/B/A SERVPRO OF SOUTH MIAMI AND CUTLER BAY
A/A/O DEL GATO TRUST DATED MAY 1, 2010

**CASE #:** 15-000159CA
**COURT:** CIRCUIT COURT
**COUNTY:** PALM BEACH
**DFS-SOP#:** 15-011854

PLAINTIFF(S),

VS.

AIG PROPERTY CASUALTY COMPANY F/K/A
CHARTIS PROPERTY CASUALTY COMPANY

DEFENDANT(S).

SUMMONS, COMPLAINT FOR DAMAGES AND JURY DEMAND, EXHIBIT, DISCOVERY

## NOTICE OF SERVICE OF PROCESS

NOTICE IS HEREBY GIVEN of acceptance of Service of Process by the Chief Financial Officer of the State of Florida. Said process was received in my office by MAIL on the 2nd day of February, 2015 and a copy was forwarded by Electronic Delivery on the 4th day of February, 2015 to the designated agent for the named entity as shown below.

AIG PROPERTY CASUALTY COMPANY
LYNETTE COLEMAN
CORPORATION SERVICE COMPANY
1201 HAYS STREET
TALLAHASSEE, FL 32301

\* Our office will only serve the initial process (Summons and Complaint) or Subpoena and is not responsible for transmittal of any subsequent filings, pleadings or documents unless otherwise ordered by the Court pursuant to Florida Rules of Civil Procedure, Rule #1.080.

Jeff Atwater
Chief Financial Officer

cc to: Plaintiff's Representative for filing in appropriate court:

MATTHEW C. KOTZEN
SUITE 704                                                                                            AJ1
1920 E. HALLANDALE BEACH BLVD
HALLANDALE BEACH FL 33009

Filing # 22896571 E-Filed 01/23/2015 12:24:10 PM

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

RESTORATION MANAGEMENT 2013,  \*
INC., d/b/a ServPro of South Miami and  \*
Cutler Bay a/a/o Del Gato Trust dated  \*
May 1, 2010,  \*
                              \*

     Plaintiff,  \*

vs.  \*     **CASE NUMBER: 15-000159CA**
                              \*

AIG PROPERTY CASUALTY  \*
COMPANY f/k/a Chartis Property  \*
Casualty Company,  \*

     Defendant.  \*

---

### SUMMONS

---

THE STATE OF FLORIDA
TO EACH SHERIFF OF THE STATE:

      YOU ARE COMMANDED to serve this Summons together with a copy of the Complaint in this lawsuit on the Defendant:

      By serving the following         **AIG PROPERTY CASUALTY COMPANY f/k/a Chartis**
                                                  **Property Casualty Company**
                                                    **c/o Florida Chief Financial Officer as RA**
                                                    **200 East Gaines Street**
                                                    **Tallahassee, FL 32399-4201**

      The Defendant is hereby required to serve written defenses to said Complaint on Plaintiff's attorneys, whose name and address is:

                              Matthew C. Kotzen, Esquire
                              The RAIN Law Firm
                              1920 E. Hallandale Beach Blvd., Suite 704
                              Hallandale Beach, Florida 33009

within 20 days after service of this Summons upon that Defendant, exclusive of the day of service, and to file the original written defenses with the Clerk of the Court either before service on Plaintiff's attorney or immediately thereafter. If a Defendant fails to do so, a default will be entered against that Defendant for the relief demanded in the Complaint or Petitio   JAN 26 2015

DATED this _____ day of _____, 20____.        Clerk Circuit Court

                                                            By: _____

                                                               DeputyClerk

    SHARON R. BOCK
    Clerk & Comptroller
    P.O. Box 4667                                      Belva Hamilton
    West Palm Beach, Florida
    33402-4667

\*\*\* FILED: PALM BEACH COUNTY, FL  SHARON R BOCK, CLERK. 1/23/2015 12:24:10 PM \*\*\*

## IN THE CIRCUIT COURT OF THE FIFTEENTH JUDICIAL CIRCUIT
## IN AND FOR PALM BEACH COUNTY, FLORIDA

RESTORATION MANAGEMENT 2013,     *
INC., d/b/a ServPro of South Miami and    *
Cutler Bay a/a/o Del Gato Trust dated    *
May 1, 2010,    *
   *
       Plaintiff,    *
   *
vs.    *    CASE NUMBER:
   *    15-000159CA
AIG PROPERTY CASUALTY    *
COMPANY f/k/a Chartis Property    *
Casualty Company,    *
   *
       Defendant.    *

---

### COMPLAINT FOR DAMAGES AND JURY DEMAND

COMES NOW the Plaintiff, Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler Bay as assignee of Del Gato Trust dated May 1, 2010 ("Plaintiff"), by and though undersigned counsel, and hereby sues the Defendant, AIG Property Casualty Company f/k/a Chartis Property Casualty Company ("Defendant"), alleging as follows:

1.     This is an action for damages in excess of Fifteen Thousand Dollars ($15,000.00) exclusive of all interest, costs and attorney's fees, within the jurisdictional limits of this Court.

2.     The Plaintiff is a corporation organized and existing under the laws of the State of Florida, authorized to conduct business in the State of Florida and conducting business in Palm Beach County, Florida.

3.     The Defendant is a foreign corporation duly authorized to do business under the laws of the State of Florida and doing business in Palm Beach County, Florida.

---

Restoration Management vs. AIG
Complaint for Damages and Jury Demand                                 Page 1 of 4

4.      Jurisdiction and venue are proper in this Court as the insured property lies in and all of the actions giving rise to this Complaint have occurred in Palm Beach County, Florida.

5.      At all times material hereto, Del Gato Trust dated May 1, 2010 ("Del Gato") was the titled property owner of certain real property located at 750 South Ocean Boulevard, Manalapan, Florida 33462.

6.      The Defendant issued an Insurance Policy to Del Gato, identified by Policy Number PCG 0068004863 (hereinafter referred to as the "Policy"), which provided coverage for direct physical damage to the subject risk (a copy of the subject insurance policy is attached hereto as Exhibit "A").

7.      Del Gato timely paid all premiums due on the Policy and the Policy was in full force and effect at all times material to this action.

8.      On or about January 10, 2014, Del Gato suffered a water loss covered by the Policy. The Del Gato property was being renovated by a contractor which failed to properly enclose an opening at the property. As a result, water intruded into the property during a heavy rain storm causing extensive damages throughout the property.

9.      On or about January 10, 2014, Del Gato retained the Plaintiff to extract water and dry wet portions of the property. *See* Exhibit "B".

10.     Del Gato placed the Defendant on notice of the loss, the Defendant acknowledged the claim and assigned claim number 00549204.

11.     Thereafter, the Defendant commenced to investigate the claim, acknowledged coverage for the claim and issued payment to Plaintiff pursuant to the Authorization to Perform Services and Direction of Payment attached hereto as Exhibit "B". Nonetheless, Defendant has failed to pay Plaintiff in full for all the services it provided Del Gato.

12. On or about June 9, 2014, Del Gato and Plaintiff entered into an agreement, which assigned the Plaintiff the rights and benefits of the Policy; specifically, Plaintiff was assigned to recover insurance proceeds for the costs of Plaintiff's work at the property.

## COUNT I – BREACH OF CONTRACT

13. Plaintiff hereby adopts and re-alleges the allegations contained in paragraphs 1 through 12 above, and further states:

14. On or about January 10, 2014, the Del Gato property suffered a sudden and accidental water loss.

15. The damages sustained and resulting losses were covered under the Policy and no exclusions or policy conditions exist to bar coverage.

16. Del Gato promptly reported the loss and has complied with all Policy conditions precedent to this action.

17. The Policy is a legal contract, enforceable in Florida and subject to Florida law.

18. Plaintiff was provided with a limited assignment of the Policy to recover insurance proceeds for the costs of its work. *See* Exhibit "C".

19. Despite the Plaintiff's repeated demands, the Defendant has refused to pay all amounts due and owing under the Policy. As such, the Defendant is in material breach of the policy.

20. As a direct result of Defendant's breach of the Policy, Plaintiff has suffered damages and Plaintiff was compelled to retain undersigned counsel to represent its interests in this matter. Plaintiff has reached an agreement with counsel for the payment of attorney's fees and costs and are entitled to recover reasonable attorney's fees and costs pursuant to Fla. Stat. §627.428.

WHEREFORE, the Plaintiff, Restoration Management 2013, Inc., d/b/a ServPro of South Miami and Cutler Bay as assignee of Del Gato Trust dated May 1, 2010, demands entry of judgment in its favor and against the Defendant, AIG Property Casualty Company f/k/a Chartis Property Casualty Company, for all proceeds due under the insurance Policy, pre- and post-judgment interest as allowed by law, reasonable attorney's fees and costs pursuant to Fla. Stat. §627.428, and for such other and further relief as this Court deems just and proper.

## DEMAND FOR JURY TRIAL

21.    The Plaintiff respectfully demands a trial by jury on all issues so triable as a matter of right.

Respectfully submitted this __8__ day of __January__, 20__15__.

THE RAIN LAW FIRM
*Counsel for the Plaintiff*
1920 E. Hallandale Beach Boulevard, Suite 704
Hallandale Beach, Florida 33009
Telephone:    1.855.330.7246
Facsimile:    1.855.909.7246
Email:        mkotzen@therainlawfirm.com
              gsalas@therainlawfirm.com


By: _____
    Matthew C. Kotzen, Esq.
    Florida Bar No.: 13085
    Gabriel M. de las Salas, Esq.
    Florida Bar No.: 75395

Servpro of South Miami & Cutler Bay

**SERVPRO®**

# Invoice

Servpro of South Miami
Servpro of Cutler Bay
12441 SW 130 Street
Miami, FL 33186

| Date | Invoice # |
|------|-----------|
| 1/21/2014 | 1107 |

| Bill To |
|---------|
| Del Gato Trust, dated May 1, 2010<br>750 S Ocean Blvd.<br>Lake Worth, FL 33462 |

| Job Location (if different) |
|---|
|  |

| Due Date | Rep | Crew Chief | Date of Loss |
|----------|-----|------------|--------------|
| 1/21/2014 | MAE | JM | |

| Description | Amount |
|-------------|--------|
| Emergency Services:  residential water damage restoration.  See "Loss Report - Water Damage Mitigation" for details. | 237,131.69 |
| **Sales Tax..** | $0.00 |

Payment due upon receipt.  A service charge of 1.5% per month, 18% APR will be added to past due accounts, minimum $5.00.  Also liable for all legal and collection fees.  Please make check payable to Servpro of South Miami. Thank you.

**Total**  **$237,131.69**

| Phone # | Fax # | Federal Tax ID # | Web Site |
|---------|-------|------------------|----------|
| (877) 662-5040<br>(305) 278-8484 | (305) 278-1470 | 46-2932415 | www.ServproSouthMiami.com<br>www.ServproCutlerBay.com |



EXHIBIT
B

549204-1073

Servpro of South Miami & Cutler Bay



# Invoice

Servpro of South Miami
Servpro of Cutler Bay
12441 SW 130 Street
Miami, FL 33186

| Date | Invoice # |
|------|-----------|
| 3/7/2014 | 1138 |

| Bill To | Job Location (if different) |
|---------|------------------------------|
| Del Gato Trust, dated May 1, 2010<br>750 S Ocean Blvd.<br>Lake Worth, FL 33462 | |

| Due Date | Rep | Crew Chief | Date of Loss |
|----------|-----|------------|--------------|
| 3/7/2014 | | | |

| Description | Amount |
|-------------|--------|
| Emergency Services: residential water damage restoration. See "Loss Report" for details. | 406,037.74 |
| **Sales Tax..** | $0.00 |

Payment due upon receipt.  A service charge of 1.5% per month, 18% APR will be added to past due accounts, minimum $5.00.  Also liable for all legal and collection fees.  Please make check payable to Servpro of South Miami. Thank you.

**Total** **$406,037.74**

| Phone # | Fax # | Federal Tax ID # | Web Site |
|---------|-------|------------------|----------|
| (877) 662-5040<br>(305) 278-8484 | (305) 278-1470 | 46-2932415 | www.ServproSouthMiami.com<br>www.ServproCutlerBay.com |

549204-0566